IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:     13-cv-02587-WJM-KMT | Date:   September 25, 2014 |
| Courtroom Deputy:   Sabrina Grimm | FTR:    Courtroom C-201 |

*Parties:*

DANNY W. THOMAS, and
JACK THOMAS,

   Plaintiffs,

v.

CUMMINS ENGINE COMPANY, INC., dba
CUMMINS, INC., a foreign corporation,

   Defendant.

*Counsel:*

Thomas Goodreid
Paul Grant


Rebecca McMahon

## COURTROOM MINUTES

**FINAL PRETRIAL CONFERENCE and MOTION HEARING**

**1:25 p.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding disclosure statements and issues with Mr. Kerstiens' opinions being outside the scope of rebuttal.

Court finds topics 3 and 4 [59] are outside the scope of rebuttal testimony. The beginning of topic 5 is acceptable rebuttal expert opinion, however, the last part of topic 5 will be prohibited, as discussed.

**ORDERED:** Defendant's Motion to Partially Strike Plaintiffs' Disclosure of Rebuttal Expert Testimony of Kenny Kerstiens [38] is GRANTED. Mr. Kerstiens will be prohibited from testifying regarding any opinions that are not in direct rebuttal to the opinions of Jeremy Taylor, including but not limited to topics 3, 4, and the latter part of topic 5 beginning at "the cooling ability is diminished…." of document [59] at page 3.

**2:02 p.m.**     **Court in recess.**
**2:03 p.m.**     **Court in session.**

Discussion regarding discrepancies between the two proposed final pretrial orders [64] and [65] filed by the parties.

**ORDERED:   Parties are directed to submit one proposed Final Pretrial Order, as discussed, on or before September 26, 2014.  The Final Pretrial Order will be entered at that time.**

Trial Preparation Conference and trial dates will be set by District Judge William J. Martinez.

**2:13 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    00:47

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.